Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
blevine@pszjlaw.com
acaine@pszjlaw.com

*Counsel to Plaintiff, Robert Michaelson, in his capacity as
Trustee of the International Shipholding GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 16-12220 (SMB)<br><br>(Jointly Administered) |
| ROBERT MICHAELSON, in his capacity as TRUSTEE OF THE INTERNATIONAL SHIPHOLDING GUC TRUST,<br><br>                  Plaintiff,<br><br>  v.<br><br>BUCK KREIHS MARINE REPAIR L.L.C.,<br><br>                  Defendant. | Adv. Proc. No. 18-01589 (SMB) |

**STIPULATION FOR EXTENSION OF TIME TO
<u>ANSWER COMPLAINT OR OTHERWISE RESPOND</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570).

DOCS_NY:38123.1 42331/003

Plaintiff and Defendant, each by and through their respective undersigned attorney, hereby stipulate and agree to extend the time for Defendant to answer, move or otherwise respond to Plaintiff's complaint as provided for herein:

1. On July 23, 2018, Plaintiff filed a complaint against Defendant.

2. The summons was issued by the Clerk's Office on July 24, 2018.

3. On July 24, 2018, Defendant was served with the summons and complaint.

4. Defendant does not challenge personal jurisdiction and waives any objection to service of process of the Summons and Complaint in this adversary proceeding.

5. Defendant does not waive any other defenses, objections or challenges which it may bring in this action other than as expressly stated in the previous paragraph.

**WHEREFORE**, the parties agree that the time by which Defendant is required to answer, move or otherwise respond to the Complaint is hereby further extended through and including October 24, 2018.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: September 24, 2018

**PACHULSKI STANG ZIEHL & JONES LLP**
Counsel to Plaintiff, Robert Michaelson, in his capacity as Trustee of the International Shipholding GUC Trust

By:  /s/ Beth E. Levine
    Beth E. Levine, Esq.
    Andrew W. Caine, Esq. (admitted *pro hac vice*)
    780 Third Avenue, 34th Floor
    New York, NY 10017
    Tel.: (212) 561-7700
    Fax: (212) 561-7777
    Email: blevine@pszjlaw.com
           acaine@pszjlaw.com

Dated: September 24, 2018

**SMITH KANE HOLMAN, LLC**
Counsel for Buck Kreihs Marine Repair L.L.C.

By:  /s/  Robert M. Greenbaum
    Robert M. Greenbaum, Esq. (*pro hac vice* admission pending)
    112 Moores Road, Suite 300
    Malvern, PA 19355
    Telephone: (610) 407-7216
    Facsimile:  (610) 407-7218
    Email: rgreenbaum@skhlaw.com

Dated: **September 28th, 2018**
    New York, New York

                        **/s/ STUART M. BERNSTEIN**
                        HONORABLE STUART M. BERNSTEIN
                        UNITED STATES BANKRUPTCY JUDGE