

NEW YORK, NY
LOS ANGELES, CA
COSTA MESA, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

COSTA MESA
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**

FACSIMILE: 714/384 4751

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

WEB: www.pszjlaw.com

Beth E. Levine

March 6, 2019

212.561.7720
blevine@pszjlaw.com

**Via Email and ECF Filing**

The Honorable Stuart M. Bernstein
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, New York 10004

    Re:    <u>Re:  Michaelson v. Buck Kreihs Marine Repair, LLC: Adv. Pro. No. 18-01589 (SMB)</u>

Dear Judge Bernstein:

    This firm represents the plaintiff ("<u>Plaintiff</u>") in the above-referenced adversary proceeding. We write pursuant to Your Honor's Chamber's Rules and Bankruptcy Local Rule 7007-1(b) to request an informal conference relating to Plaintiff's proposed motion to compel discovery responses from the defendant ("<u>Defendant</u>"). The issue here is simple: far past the relevant deadlines, Defendant has failed to serve its initial disclosures and to respond to the discovery requests propounded to it by Plaintiff.

    On November 9, 2018, the Court entered the Scheduling and Pre-Trial Order (the "<u>Scheduling Order</u>") [Docket No. 15]. Pursuant to the Scheduling Order, the initial disclosures were to be exchanged no later than 14 days from entry of the Scheduling Order (November 23, 2019) and all fact discovery is to be completed by March 8, 2019. On December 21, 2018, Plaintiff served his *Requests for Production of Documents, Set One* (the "<u>Document Requests</u>") and *Plaintiff's First Set of Interrogatories to Defendant* ("collectively the "<u>Discovery Requests</u>") on the Defendant. Defendant's responses to the Discovery Requests were due on January 22, 2019.

    As of today, Defendant has yet to serve its Initial Disclosures and its responses to the Discovery Requests, or to produce any documents. Plaintiff's counsel has sent numerous emails to counsel

DOCS_NY:38796.1 42331/003



The Honorable Stuart M. Bernstein
March 6, 2019
Page 2

for the Defendant seeking this discovery material.  However, in spite of several emails in which Defendant's counsel indicated that the responses would be forthcoming, Defendant has not served its initial disclosures or any discovery responses or produced any documents.  Accordingly, we now seek an informal conference with Your Honor and leave to file a motion to compel.

    We are available to answer questions the Court might have.

    Respectfully submitted,

    */s/ Beth E. Levine*

    Beth E. Levine

BEL

cc:    Robert M. Greenbaum, Esq. (*via E-mail*)