Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
blevine@pszjlaw.com
acaine@pszjlaw.com

*Counsel to Plaintiff, Robert Michaelson, in his capacity as
Trustee of the International Shipholding GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL SHIPHOLDING CORPORATION, *et al.,*[1]<br><br>                        DEBTORSs. | Chapter 11<br><br>Case No. 16-12220 (SMB)<br><br>(Jointly Administered) |
| ROBERT MICHAELSON, in his capacity as TRUSTEE OF THE INTERNATIONAL SHIPHOLDING GUC TRUST,<br><br>                        Plaintiff,<br><br>v.<br><br>BUCK KREIHS MARINE REPAIR LLC,<br><br>                        Defendant. | Adv. Proc. No. 18-01589 (SMB) |

**NOTICE OF ADJOURNMENT OF PRE-MOTION CONFERENCE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtors's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570).

DOCS_NY:38819.1 42331/003

**PLEASE TAKE NOTICE PLEASE TAKE NOTICE** that the Pre-Motion Conference previously scheduled for March 14, 2019 at 10:00 a.m. in the above-referenced adversary proceeding has been rescheduled to **March 19, 2018 at 10:00 a.m.** before the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York, in Room 723, One Bowling Green, New York, New York 10004-1408.

| | |
|---|---|
| Dated: March 12, 2019 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Beth E. Levine* |
| | Beth E. Levine |
| | Andrew W. Caine (admitted *pro hac vice*) |
| | 780 Third Avenue, 34th Floor |
| | New York, New York 10017 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: blevine@pszjlaw.com |
| | acaine@pszjlaw.com |
| | |
| | *Counsel to Plaintiff, Robert Michaelson, in his capacity as Trustee of the International Shipholding GUC Trust* |